IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| ROBERT MENDEZ, <br> TDCJ No. 02279970, <br><br> Plaintiff, <br><br> v. <br><br> DR. MARCIA J. ODAL, et al., <br><br> Defendants. | § § § § § § § § § § | Civil Action No. 7:23-cv-013-O |

## JUDGMENT

The Court has entered its order dismissing Plaintiff's claims against Defendants Brian Collier, Bobby Lumpkin, Dr. Lanette Linthicum, and Dr. Denise Shields. There being no just reason for delay, the Court hereby enters partial final judgment.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's claims against Defendants Brian Collier, Bobby Lumpkin, Dr. Lanette Linthicum, and Dr. Denise Shields are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

**SIGNED** this **7th day** of **April, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE